UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| KATMAI SUPPORT SERVICES, LLC, and KATMAI INFORMATION TECHNOLOGIES, LLC, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | )  No. 3:15-CV-014-HBG ) |
| KNOXBI COMPANY, LLC, and CARNEGIE MANAGEMENT & DEVELOPMENT CORP., | ) ) ) ) |
| Defendants. | ) ) ) |

## **MEMORANDUM AND ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 24].

Counsel for the parties appeared before the Court, via telephone, on August 3, 2015, to address disputes that have arisen regarding document production by the General Services Administration ("GSA"), a third-party to this case. Attorney Liana Henry appeared on behalf of GSA, and Assistant United States Attorney Loretta Harber appeared as an intermediary on the issue.

The instant case involves a contract dispute between two entities involved in constructing a facility operated by the GSA and occupied by the Federal Bureau of Investigation. Defendants represents that it wants GSA to produce documents relating to completion of the project and documents evidencing monies paid to various entities in relation to the project. Defendants,

however, has cast its request in much broader language. GSA has responded that the production cannot be completed within thirty days and has also objected to portions of the requested production as being overly burdensome.

During the telephone conference, the Court heard the positions of the parties and of GSA, and identified those areas in which compromises could be reached. Consistent with the representations and findings made at the conference, it is **ORDERED**:

1. GSA shall have up to and including **September 30, 2015,** in which to produce to the Defendants the requested documents that it concedes are discoverable and are the core of the information sought by the Defendants.

2. GSA shall have up to and including **August 14, 2015**, in which to file a motion for protective order or motion to quash, as may be appropriate, contesting the portions of the requested production that it continues to believe are overly broad. Any motion filed by GSA shall be briefed within the period permitted under Local Rule 7.1 and Rules 5 and 6 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED**.

ENTER:

_Bruce Guyton_
United States Magistrate Judge